# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| SAMUEL THACKER, | : | Case No. 1:20-cv-927 |
| Plaintiff, | : | |
| | : | Judge Timothy S. Black |
| vs. | : | |
| | : | |
| SHEAKLEY HR, LLC, | : | |
| | : | |
| Defendants. | : | |
| | : | |

## SECOND AMENDED CALENDAR ORDER

This civil action is before the Court on the parties' joint motion for extension of the dispositive motion deadline and trial dates. (Doc. 16). For good cause shown, the motion is GRANTED. The current calendar (Doc. 14) is VACATED. The Court hereby enters the following Amended Calendar Order:

Dispositive motion deadline:[1]         **February 25, 2022**

Final Pretrial Conference:              **June 13, 2022 at 1:00 p.m.**

Trial Date:                             **June 27, 2022 at 9:30 a.m.**

**IT IS SO ORDERED.**

Date:  1/13/2022                         _s/Timothy S. Black_
                                         Timothy S. Black
                                         United States District Judge

---

[1] See the Standing Order Governing Civil Motions for Summary Judgment: http://www.ohsd.uscourts.gov/FPBlack.