IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| **SAMUEL THACKER,** | ) |
| Plaintiff, | ) Case No. 1:20-CV-927 |
| v. | ) **Judge Black** |
| | ) **Magistrate Judge Litkovitz** |
| **SHEAKLEY GROUP, INC.** | ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Civil Rule 41(a)(1)(A)(ii), Plaintiff Samuel Thacker and Defendant Sheakley Group, Inc. hereby stipulate to the dismissal of all claims in this action with prejudice. Each party will bear its own costs and expenses.

Dated: April 18, 2022                          Respectfully submitted,


/s/ *Marc D. Mezibov* (via email authorization)   /s/ *Neal Shah*
Marc D. Mezibov                                Neal Shah
MEZIBOV BUTLER                                 Brice C. Smallwood
615 Elsinore Place                             FROST BROWN TODD LLC
Suite 105                                      Great American Tower
Cincinnati, OH 45202                           301 East Fourth Street, Suite 3300
(513) 621-8800 (phone)                         Cincinnati, OH 45202
(513) 621-8833 (facsimile)                     (513) 651-6800 (phone)
mmezibov@mezibov.com                           (513) 651-6981 (facsimile)
                                               nshah@fbtlaw.com
Counsel for Plaintiff                          bsmallwood@fbtlaw.com

                                               Counsel for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of April, 2022, I caused the foregoing JOINT STIPULATION OF DISMISSAL to be electronically filed with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/*Neal Shah*_____

0108542.0738177  4862-6210-2812v1